LOOMIS J. GROSSMAN, JR. v. ROBERT C. BAKER.

October 19, 1983.

ORDERED that the motion for leave to appeal the order of the Appellate Division of October 14, 1983, in A–4909/5879–82T3 is granted, and the conditions imposed by the Appellate Division in said order are hereby vacated.

Jurisdiction is not retained.

BERGEN PINES COUNTY HOSPITAL v. NEW JERSEY DEPARTMENT OF HUMAN SERVICES.

October 24, 1983.

Petition for certification denied.

IN RE BOARD OF PHARMACY DECISION TO PROHIBIT THE USE OF ADVERTISEMENTS CONTAINING COUPONS FOR PRE-SCRIPTION DRUGS AND THE ISSUANCE AND REDEMPTION OF PHARMACY COUPONS.

October 24, 1983.

Petition for certification denied. (See 191 *N.J.Super.* 7)